\*\*E-filed 6/27/06\*\*

1
2
3
4
5
6
7
8
9
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. SECURITIES LITIGATION;<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO. 05-3395 JF (PVT)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>DATE: July 7, 2006<br>TIME: 10:30 a.m.<br>COURTROOM: 3, 5th Floor<br>JUDGE: Honorable Jeremy Fogel |
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION;<br><br>This Document Relates To:<br><br>ALL ACTIONS | LEAD CASE NO. 05-04642 JF (PVT) |
| TERRY KLEIN,<br>              Plaintiff,<br>     v.<br>AMNON LANDAN, et al.<br>              Defendants. | CASE NO. 06-2971 JF (PVT) |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

1  WHEREAS, there are three related actions currently pending before this Court: *In re Mercury Interactive Corporation Securities Litigation*, Lead Case No. 05-3395 (the "Class Action"), *In re Mercury Interactive Corporation Derivative Litigation*, Lead Case No. 05-4642 (the "Derivative Action"), and *Klein v. Landan*, Case No. 06-2971 (the "Section 16(b) Action");

WHEREAS, all three actions involve substantially the same parties and are currently scheduled for a Case Management Conference ("CMC") on July 7, 2006;

WHEREAS, on June 6, 2006, the parties to the Section 16(b) Action stipulated to extend defendants' time to respond to plaintiff's complaint until July 21, 2006;

WHEREAS, on June 7, 2006 a stipulation and order was entered whereby the Class Action plaintiffs' consolidated amended complaint is due to be filed sometime between August 7 and September 5, 2006;

WHEREAS, on June 13, 2006, a stipulation and order was entered by this Court staying all proceedings in the Derivative Action pending resolution of a substantially similar action pending in the Santa Clara County Superior Court;

WHEREAS, the parties agree that while it is in the best interest of judicial economy and the resources of the parties that the CMC for all three actions be held simultaneously, a CMC would be premature at this time given the above-described status of the three actions. Accordingly, the parties agree that the CMC should be continued until after a consolidated amended complaint has been filed in the Class Action.

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

1. The CMC currently scheduled for July 7, 2006 in the Class Action, Derivative Action and Section 16(b) Action is hereby **CONTINUED** to September 8, 2006 at 10:30 a.m.

1

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: June 22, 2006 | HELLER EHRMAN LLP |
| 2 | | |
| 3 | | |
| 4 | | _____/S/_____<br>SARA B. BRODY<br>HOWARD CARO<br>NICOLE ACTON JONES |
| 5 | | |
| 6 | | 333 Bush Street<br>San Francisco, CA 94104<br>Telephone: 415/772-6032<br>Facsimile: 415/772-6268 |
| 7 | | |
| 8 | | |
| 9 | | HELLER EHRMAN LLP<br>Norman J. Blears<br>275 Middlefield Road<br>Menlo Park, CA 94025-3506<br>Telephone: 650/324-7000<br>Facsimile: 650/324-0638 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | *Counsel for Defendants Mercury Interactive Corp., Clyde Ostler, Brad Boston, Anthony Zingale, David Murphy and Yuval Scarlat* |
| 14 | | |
| 15 | DATED: June 21, 2006 | SHEARMAN & STERLING |
| 16 | | |
| 17 | | _____/S/_____<br>JEFFREY S. FACTER<br>PATRICK D. ROBBINS |
| 18 | | |
| 19 | | 525 Market Street<br>San Francisco, CA 94105<br>Telephone: 415/616-1000<br>Facsimile: 415/616-1199 |
| 20 | | |
| 21 | | |
| 22 | | *Counsel for Defendant Douglas P. Smith* |

2

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: June 21, 2006 | JONES DAY |
| 2 | | |
| 3 | | _____/S/_____ |
| | | JOHN CLINE |
| | | KIRK DUBLIN |
| 4 | | ELISE MILSTEIN |
| 5 | | 555 California Street, 26th Floor |
| | | San Francisco, CA |
| 6 | | Telephone: 415/875-5812 |
| | | Facsimile: 415/875-5700 |
| 7 | | |
| 8 | | WINSTON & STRAWN LLP |
| | | Jonathan Cohen |
| 9 | | 101 California St. |
| | | San Francisco CA 94111 |
| 10 | | Telephone: 415/591-1483 |
| | | Facsimile: 415/591-1400 |
| 11 | | |
| 12 | | SULLIVAN & WORCESTER LLP |
| | | Franklin Velie |
| 13 | | Andrew Solomon |
| | | 1290 Avenue of the Americas |
| 14 | | New York, NY 10104 |
| | | Telephone: 212/660-3037 |
| 15 | | Facsimile: 212/660-3001 |
| 16 | | |
| | | *Counsel for Defendant Amnon Landan* |
| 17 | DATED: June 21, 2006 | ORRICK, HERRINGTON & SUTCLIFFE LLP |
| 18 | | |
| 19 | | |
| 20 | | _____/S/_____ |
| | | JAMES KRAMER |
| 21 | | TODD SCOTT |
| 22 | | The Orrick Building |
| | | 405 Howard Street |
| 23 | | San Francisco, California 94105 |
| | | Telephone: 415/773-5610 |
| 24 | | Facsimile: 415/773-5759 |
| 25 | | *Counsel for Defendant Susan Skaer* |
| 26 | | |
| 27 | | |
| 28 | | 3 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: June 21, 2006 | KEKER & VAN NEST LLP |

                _____/S/_____
                 JAN NIELSEN LITTLE
                 ASIM BHANSALI

                710 Sansome Street
                San Francisco, CA 94111
                Telephone:  415/391-5400
                Facsimile:  415/397-7188

                PAUL WEISS
                Mark F. Pomerantz
                Eric S. Goldstein
                Roberto Finzi
                1285 Avenue of the Americas
                New York, NY 10019-6064
                Telephone:  212/373-3000
                Facsimile:   212/757-3990

*Counsel for Defendants Igal Kohavi, Giora Yaron and Yair Shamir*

DATED: June 21, 2006        LAW OFFICES OF TOPEL & GOODMAN APC

                _____/S/_____
                 WILLIAM GOODMAN
                 ANDREA DESHAZO

                832 Sansome Street, Fourth Floor
                San Francisco, CA  94111
                Telephone:     (415) 421-6140
                Facsimile:      (415) 398-5030

*Counsel for Defendant Bryan LeBlanc*

4

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

| | |
|---|---|
| DATED: June 22, 2006 | FARELLA BRAUN + MARTEL LLP |

                                                                                                    /S/
                                         DOUGLAS YOUNG
                                         JAMES MANN

                                         Russ Building
235 Montgomery Street, 17th Floor
San Francisco, California 94104
Telephone: 415/954-4400
Facsimile: 415/954-4480

*Counsel for Defendant Sharlene Abrams*

| | |
|---|---|
| DATED: June 22, 2006 | WILSON SONSINI GOODRICH & ROSATI |

                                                              /S/
                                         JARED KOPEL

650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: 650/493-9033
Facsimile: 650/493-6811

*Counsel for Defendant Kenneth Klein*

5

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

| | | |
|---|---|---|
| 1 | DATED: June 22, 2006 | GLANCY BINKOW & GOLDBERG LLP |

_____/S/_____
PETER A. BINKOW
MARC L. GODINO

1801 Avenue of the Stars, Suite 311
Los Angeles, California 90067
Telephone:    (310) 201-9150
Facsimile:    (310) 201-9160

LABATON SUCHAROW & RUDOFF LLP
Joel H. Bernstein
Christopher J. Keller
Conor R. Crowley
100 Park Avenue
New York, New York 10017
Telephone:    (212) 907-0700
Facsimile:    (212) 818-0477

*Co-Lead Counsel for Plaintiff the Mercury Pension Fund Group and the Class*

LAW OFFICE OF PETER G. ANGELOS, P.C.
H. Russell Smouse
Glenn E. Mintzer
One Charles Center
100 N. Charles Street
Baltimore, Maryland 21201
Telephone:    (800) 556-5522
Facsimile:    (410) 649-2110

MILLER LAW FIRM PC
E. Powell Miller
Jayson Blake
950 West University Drive, Suite 300
Rochester, Michigan 48307
Telephone:    (248) 841-2200
Facsimile:    (248) 652-2852

6

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

|  |  |
|---|---|
| 1 | VANOVERBEKE MICHAUD & TIMMONY, P.C. |
| 2 | Michael VanOverbeke |
|  | 79 Alfred Street |
| 3 | Detroit, Michigan 48201 |
|  | Telephone: (313) 578-1200 |
| 4 | Facsimile: (313) 578-1201 |

*Counsel for the Mercury Pension Fund Group*

DATED:   June 22, 2006          WOLF HALDENSTEIN ADLER
                                   FREEMAN & HERZ LLP


                                _____/S/_____
                                    RACHELE R. RICKERT

                                750 B Street, Suite 2770
                                San Diego, CA 92101
                                Telephone:  619/239-4599
                                Facsimile:  619/234-4599

*Chairman, Derivative Plaintiffs' Executive Committee*

WECHSLER HARWOOD LLP
Robert Harwood
488 Madison Avenue, 8th Floor
New York, NY 10022
Telephone:  212/935-7400
Facsimile:   212/753-3630

MILBERG WEISS BERSHAD & SHULMAN LLP
Jeffrey S. Westerman
355 S. Grand Avenue, Suite 4170
Los Angeles, CA 90071
Telephone: 213/617-1200
Facsimile:  213/617-1975

SCHIFFRIN & BARROWAY LLP
Eric Zagar
280 King of Prussia Road
Radnor, PA 19807
Telephone: 610/667-7706
Facsimile: 610/667-7056

*Derivative Plaintiffs' Executive Committee*

7

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)

| | | |
|---|---|---|
| 1 | DATED:  June 21, 2006 | WHITEHEAD & PORTER LLP |
| 2 | | |
| 3 | | _____/S/_____ |
| | | STEPHEN L. PORTER |
| 4 | | |
| | | 220 Montgomery Street, Suite 1850 |
| 5 | | San Francisco, CA 94104 |
| | | Telephone: 415/781-6070 |
| 6 | | Facsimile:  415/788-6521 |
| 7 | | *Local Counsel for Plaintiff Terry Klein* |
| 8 | | BRAGAR WEXLER & EAGEL, P.C. |
| | | Paul D. Wexler |
| 9 | | 885 Third Avenue |
| | | New York, NY  10022 |
| 10 | | Telephone: 212/308-5858 |
| | | Facsimile:  212/486-0462 |
| 11 | | |
| 12 | | OSTRAGER CHONG FLAHERTY & BROITMAN |
| | | Glenn F. Ostrager |
| 13 | | 250 Park Avenue, Suite 825 |
| | | New York, NY  10177 |
| 14 | | Telephone: 212/681-0600 |
| | | Facsimile:  212/681-0300 |
| 15 | | |
| 16 | | *Counsel for Plaintiff Terry Klein* |

17
18   I, Nicole Acton Jones, hereby attest that I have on file all holograph signatures for any
19 signatures indicated by a "conformed" signature (/S/) within this e-filed document.

| | | |
|---|---|---|
| 20 | DATED:  June 22, 2006 | By:_____/S/_____ |
| 21 | | NICOLE ACTON JONES |

22
23 **IT IS SO ORDERED.**
24
25 DATED \_\_\_\_\_6/22/06_____   _____
                                   HONORABLE JEREMY FOGEL
26
27
                                       8
28 STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
CASE NOS. 05-3395 JF (PVT); 05-4642 JF (PVT); 06-2971 JF (PVT)