**E-filed 8/31/06**

1  STEPHEN L. PORTER – SBN 067177
   WHITEHEAD & PORTER LLP
2  220 Montgomery Street, Suite 1850
   San Francisco, CA 94104
3  Telephone:    (415) 781-6070
   Facsimile:    (415) 788-6521
4  Email:        slp@wpglaw.com

5  Local Counsel for Plaintiff

6  PAUL D. WEXLER
   BRAGAR WEXLER & EAGEL, P.C.
7  885 Third Avenue
   New York, New York 10022
8  Telephone:    (212) 308-5858
   Facsimile:    (212) 486-0462
9  Email:        wexler@bragarwexler.com

10 GLENN F. OSTRAGER
   OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
11 250 Park Avenue, Suite 825
   New York, New York 10177-0899
12 Telephone:    (212) 681-0600
   Facsimile:    (212) 681-0300
13 Email:        gostrager@ocfblaw.com

14 Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of MERCURY INTERACTIVE CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>AMNON LANDAN, DOUGLAS P. SMITH, SHARLENE ABRAMS, MOSHE EGERT, KENNETH KLEIN, YAIR SHAMIR, IGAL KOHAVI, GIORA YARON, and MERCURY INTERACTIVE CORPORATION,<br><br>    Defendants. | Case No. C 06-2971 JF<br><br>**[PROPOSED] ORDER GRANTING APPLICATION BY GLEN OSTRAGER TO APPEAR PRO HAC VICE [Civil L. R. 11-3]** |

1

1  Upon consideration of the Pro Hac Vice Application filed by Paul Wexler, no
2  opposition having been filed thereto, and good cause appearing,
3  IT IS ORDERED that the Pro Hac Vice Application of Glen OStrager to appear as co-
4  counsel of record on behalf of plaintiff Terry Klein in this action is GRANTED.

6  Dated: August __31__, 2006                    _____
7                                                JEREMY FOGEL
                                                 United States District Court Judge

WHITEHEAD & PORTER LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104

2

[PROPOSED] ORDER GRANTING APPLICATION BY GLEN OSTRAGER TO APPEAR PRO HAC VICE
[Civil L. R. 11-3]
CASE # C 06-2971 JF