STEPHEN L. PORTER – SBN 067177
WHITEHEAD & PORTER LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104
Telephone: (415) 781-6070
Facsimile: (415) 788-6521
Email: slp@wpglaw.com

Local Counsel for Plaintiff

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
Telephone: (212) 308-5858
Facsimile: (212) 486-0462
Email: wexler@bragarwexler.com

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone: (212) 681-0600
Facsimile: (212) 681-0300
Email: gostrager@ocfblaw.com

Counsel for Plaintiff

**E-filed 8/31/06**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

TERRY KLEIN, derivatively on behalf of MERCURY INTERACTIVE CORPORATION,

Plaintiff,

v.

AMNON LANDAN, DOUGLAS P. SMITH, SHARLENE ABRAMS, MOSHE EGERT, KENNETH KLEIN, YAIR SHAMIR, IGAL KOHAVI, GIORA YARON, and MERCURY INTERACTIVE CORPORATION,

Defendants.

Case No. C 06-2971 JF

**[~~PROPOSED~~] ORDER GRANTING APPLICATION BY PAUL WEXLER TO APPEAR PRO HAC VICE [Civil L. R. 11-3]**

Upon consideration of the Pro Hac Vice Application filed by Paul Wexler, no opposition having been filed thereto, and good cause appearing,

IT IS ORDERED that the Pro Hac Vice Application of Paul Wexler to appear as co-counsel of record on behalf of plaintiff Terry Klein in this action is GRANTED.

Dated: August _31_, 2006

JEREMY FOGEL
United States District Court Judge

WHITEHEAD & PORTER LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104

2

[PROPOSED] ORDER GRANTING APPLICATION BY PAUL WEXLER TO APPEAR PRO HAC VICE [Civil L. R. 11-3]
CASE # C 06-2971 JF