\*\*E-filed 12/14/06\*\*

STEPHEN L. PORTER – SBN 067177
WHITEHEAD & PORTER LLP
220 Montgomery Street, Suite 1850
San Francisco, CA 94104
Telephone:   (415) 781-6070
Facsimile:   (415) 788-6521
Email:       slp@wpglaw.com

Local Counsel for Plaintiff

PAUL D. WEXLER
BRAGAR WEXLER & EAGEL, P.C.
885 Third Avenue
New York, New York 10022
Telephone:   (212) 308-5858
Facsimile:   (212) 486-0462
Email:       wexler@bragarwexler.com

GLENN F. OSTRAGER
OSTRAGER CHONG FLAHERTY & BROITMAN P.C.
250 Park Avenue, Suite 825
New York, New York 10177-0899
Telephone:   (212) 681-0600
Facsimile:   (212) 681-0300
Email:       gostrager@ocfblaw.com

Counsel for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| TERRY KLEIN, derivatively on behalf of MERCURY INTERACTIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>AMNON LANDAN, DOUGLAS P. SMITH, SHARLENE ABRAMS, MOSHE EGERT, KENNETH KLEIN, YAIR SHAMIR, IGAL KOHAVI, GIORA YARON and MERCURY INTERACTIVE CORPORATION,<br><br>Defendants. | Case No.: C 06 2971-JF (PVT)<br><br>The Honorable Jeremy Fogel<br><br>**STIPULATION CONTINUING HEARING DATE FOR DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND FOR CASE MANAGEMENT CONFERENCE; DECLARATION IN SUPPORT** |

WHEREAS, on October 26, 2006, Defendants Amnon Landan, Sharlene Abrams and Kenneth Klein moved to dismiss the amended complaint pursuant to Fed.R.Civ.P. 9(b) and 12(b)(6), or in the alternative for consolidation of this action with *In re Mercury Interactive Corporation Derivative Litigation,* Lead Case No. 05-4642; and

WHEREAS, the motion was set for hearing on December 22, 2006; and

WHEREAS, by Clerk's Notice dated September 26, 2006, the Case Management Conference set for October 22, 2006 was continued to December 22, 2006, and

WHEREAS, the parties have agreed to continue the hearing date for both matters to February 2, 2007, with defendants' reply brief to be filed by January 19, 2007 and

WHEREAS, the schedule agreed upon is not for the purpose of delay, promotes judicial efficiency, and will not cause prejudice to the respective parties;

IT IS HEREBY STIPULATED AND AGREED BY AND AMONG THE UNDERSIGNED, ON BEHALF OF THEIR RESPECTIVE CLIENTS, AS FOLLOWS:

1. Pursuant to Local Rule 6-2(a), the hearing date on Defendants' Motion to Dismiss shall be continued from December 22, 2006 to February 2, 2007.

2. Defendants shall have until January 19, 2007 to Reply to Plaintiff's Opposition to the motion.

3. The Case Management Conference set for December 22, 2006 shall be continued to February 2, 2007.

4. Argument on the Motion to Dismiss and the Case Management Conference shall take place on February 2, 2007 at 10:00 a.m. or such other date and time as the Court may direct.

DATED:  December 7, 2006         WHITEHEAD & PORTER LLP

                                              _____/s/_____
                                              Stephen L. Porter

                                              220 Montgomery Street, Suite 1850
                                              San Francisco, CA 94104
                                              Telephone: 415/781-6070
                                              Facsimile:  415/788-6521
                                              slp@wpglaw.com

*Local Counsel for Plaintiff*

BRAGAR WEXLER & EAGEL, P.C.
PAUL D. WEXLER
885 Third Avenue
New York, NY  10022
Telephone: 212/308-5858
Facsimile:  212/486-0462


OSTRAGER CHONG FLAHERTY
  & BROITMAN P.C.
GLENN F. OSTRAGER
250 Park Avenue, Suite 825
New York, NY  10177
Telephone: 212/681-0600
Facsimile:  212/681-0300

*Counsel for Plaintiff*

DATED:  December 6, 2006        HELLER EHRMAN LLP

_____/s/_____
Sara B. Brody
Howard S. Caro
Cecilia Chan

333 Bush Street
San Francisco, CA 94104
Telephone: 415/772-6000
Facsimile:  415/772-6268
sara.brody@hellerehrman.com


HELLER EHRMAN LLP
NORMAN J. BLEARS
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: 650/324-7000
Facsimile:  650/324-0638

*Counsel for Mercury Interactive Corp.,*

| | | |
|---|---|---|
| 1 | DATED:  December 5, 2006 | JONES DAY |
| 2 | | _____/s/_____ |
| 3 | | John Cline<br>Kirk Dublin |
| 4 | | Elise Milstein<br>Adam Sand |
| 5 | | 555 California Street, 26th Floor |
| 6 | | San Francisco, CA 94104<br>Telephone:  415/875-5812 |
| 7 | | Facsimile:   415/875-5700<br>jcline@jonesday.com |
| 8 | | kdublin@jonesday.com |
| 9 | | SULLIVAN & WORCESTER LLP<br>ANDREW T. SOLOMON |
| 10 | | FRANKLIN VELIE<br>1290 Avenue of the Americas |
| 11 | | New York, NY 10104<br>Telephone:  212/660-3037 |
| 12 | | Facsimile:   212/660-3001 |
| 13 | | WINSTON & STRAWN LLP |
| 14 | | JONATHAN COHEN<br>101 California Street, 39th Floor |
| 15 | | San Francisco, CA  94111<br>Telephone:  415/591-1483 |
| 16 | | Facsimile:   415/591-1400 |
| 17 | | *Counsel for Defendant Amnon Landan* |
| 18 | | |
| 19 | DATED:  December 5, 2006 | FARELLA BRAUN + MARTEL LLP |
| 20 | | _____/s/_____<br>Douglas R.Young |
| 21 | | James Mann<br>C. Brandon Wisoff |
| 22 | | |
| 23 | | Russ Building<br>235 Montgomery Street, 17th Floor |
| 24 | | San Francisco, California 94104<br>Telephone: 415/954-4400 |
| 25 | | Facsimile: 415/954-4480<br>dyoung@fbm.com |
| 26 | | *Counsel for Defendant Sharlene Abrams* |
| 27 | | |
| 28 | | |

DATED:  December 6, 2006         WILSON SONSINI GOODRICH & ROSATI

                                 _____/s/_____
                                 Christina Costley
                                 Thomas J. Martin
                                 Jared Kopel

                                 650 Page Mill Road
                                 Palo Alto, CA 94304-1050
                                 Telephone:  650/493-9033
                                 Facsimile:   650/493-6811
                                 tmartin@wsgr.com

                                 *Counsel for Defendant Kenneth Klein*

**DECLARATION IN SUPPORT OF STIPULATED REQUEST FOR CONTINUANCE OF HEARING DATES FOR DEFENDANTS' MOTION TO DISMISS AMENDED COMPLAINT AND FOR CASE MANAGEMENT CONFERENCE**

I, Stephen L. Porter, state and declare:

1. I am a member of the bar of the State of California and serve as local counsel for plaintiff in this action.  This declaration is made pursuant to Local Rule 6-2.

2. The parties jointly request a continuance of the hearing date on defendants' motion to dismiss and the Case Management Conference, from December 22, 2006 to February 2, 2007. Defendants' reply to Plaintiff's Opposition to the motion will be filed by January 19, 2007, 14 days before the hearing as required by Local Rule 7-3(c).

3. This request is made due to the difficulty of making travel arrangements and accommodations for lead plaintiff's counsel from New York on the current hearing date, which is the start of the weekend before the Christmas holiday.

4. The previous extensions and continuance in this case were as follows: (a) defendants' time to file responsive pleadings was extended by stipulation to July 21st, (b) defendants' time to file responsive pleadings was further extended by stipulation to August 21st, (c) the initial case management conference was continued from July 7th to September 8th and (d) by Clerk's Notice of September 26, 2006, the October 20, 2006 Case Management Conference was

continued to December 22, 2006.

     5.     The continued hearing dates requested herein will not affect any other scheduled events in this case.

     I certify under penalty of perjury that the foregoing is true and correct. Executed in San Francisco, California on December 7, 2006.

                                    /s/
                            Stephen L. Porter

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: December 13, 2006

                            United States District Judge