**E-Filed 1/29/07**

NOT FOR CITATION

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE MERCURY INTERACTIVE CORP. DERIVATIVE LITIGATION, | Case Number C 05-4642 JF (PVT)<br>Case Number C 06-2971 JF (PVT) |
| TERRY KLEIN,<br><br>                Plaintiff,<br><br>        v.<br><br>AMNON LANDON,<br><br>                Defendant. | ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS |

On October 26, 2006, Defendants moved to dismiss the amended complaint in case number C 06-2971 JF (PVT). In that motion, Defendants referred to the pending all-cash acquisition of Mercury Interactive Corporation ("Mercury Interactive") by Hewlett Packard Company ("HP"). Motion 5. In their reply to Plaintiff's opposition, Defendants refer to a "potential" motion to dismiss for lack of standing. Reply 15. The Court concludes that the apparent acquisition of Mercury Interactive by HP raises a serious question as to Plaintiffs' standing in the derivative actions (C 06-2971 JF (PVT) & C 05-4642 JF (PVT)), since Plaintiffs may no longer retain a financial interest in the outcome of the litigation. "Standing represents a

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

jurisdictional requirement which remains open to review at all stages of the litigation." *National Organization for Women, Inc. v. Scheidler*, 510 U.S. 249, 255 (1994).   Accordingly, the Court concludes that it should resolve the apparent standing issue before it considers a motion to dismiss.  The Court requests that Defendants file briefs arguing any asserted lack of standing on or before February 23, 2007.[1]  Any opposition shall be filed on or before March 9, 2007, and any reply shall be filed on or before March 16, 2007.  The Court will hear oral argument on March 30, 2007 at 9.00 a.m.

      The hearing on Defendants' motion to dismiss in case number C 06-2971 JF (PVT), filed October 26, 2006, and currently scheduled for hearing on February 2, 2007, is vacated.  After it has resolved the issue of standing, the Court will determine if and when it should hear the motion to dismiss.  The case management conferences scheduled for February 2, 2007 in case number C 06-2971 JF (PVT) and for March 9, 2007 in case number C 05-4642 JF (PVT) are continued to March 30, 2007, immediately following oral argument on the question of standing in the derivative litigation.

      This order does not pertain to the related shareholder class action, case number C 05-3395 JF (PVT).

      IT IS SO ORDERED.

DATED: January 29, 2007

_____
JEREMY FOGEL
United States District Judge

---

[1] Defendants in the consolidated action C 05-4462 JF (PVT) and the related action C 06-2971 JF (PVT) should file separate briefs.  The parties should follow Civ. L.R. 7-2 and Civ. L.R. 7-3 with respect to the form of the briefs, oppositions, and replies.

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

| | | |
|---|---|---|
| 1 | Copies of Order served on: | |
| 2 | C 05-4642 JF (PVT) | |
| 3 | Joel H. Bernstein | jbernstein@labaton.com |
| 4 | Asim M. Bhansali | amb@kvn.com, efiling@kvn.com; gap@kvn.com; pwm@kvn.com |
| 5 | Peter Arthur Binkow | info@glancylaw.com, pbinkow@glancylaw.com |
| 6, 7 | Sara B. Brody | sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com |
| 8, 9 | Howard S. Caro | hcaro@hewm.com, gary.padilla@hellerehrman.com; yvonne.somek@hellerehrman.com; benjamin.diggs@hellerehrman.com; SFDocCal@hewm.com |
| 10 | Michael Cecchini | mcecchini@gibsondunn.com, jhess@gibsondunn.com |
| 11, 12 | John D. Cline | jcline@jonesday.com, tmdanowski@jonesday.com; pdavids@jonesday.com; zanderson@jonesday.com; cyip@jonesday.com |
| 13 | Aaron H. Darsky | adarsky@schubert-reed.com, |
| 14, 15 | Kirk Andrew Dublin | kdublin@jonesday.com, tmdanowski@jonesday.com; adlangenbach@jonesday.com; arsand@jonesday.com; mlandsborough@jonesday.com |
| 16 | Alan I. Ellman | aellman@labaton.com, cchan@labaton.com |
| 17, 18 | Jeffrey S. Facter | jfacter@shearman.com, cflood@shearman.com; rcheatham@shearman.com; jae.ko@shearman.com |
| 19 | Scott A. Fink | sfink@gibsondunn.com, bhonniball@gibsondunn.com |
| 20 | Michael M. Goldberg | info@glancylaw.com |
| 21 | Louis J Gottlieb | lgottlieb@glrslaw.com, |
| 22 | Alicia G. Huffman | alicia.huffman@shearman.com, ron.cheatham@shearman.com; rcheatham@shearman.com |
| 23 | Benedict Y Hur | bhur@kvn.com, efiling@kvn.com; gpeterson@kvn.com |
| 24 | Willem F. Jonckheer | wjonckheer@schubert-reed.com |
| 25, 26 | Nicole Acton Jones | nicole.jones@hellerehrman.com, harriette.louie@hellerehrman.com |
| 27 | Christopher J. Keller | ckeller@labaton.com, cchan@labaton.com |
| 28 | Jan Nielsen Little | jnl@kvn.com, efiling@kvn.com; srg@kvn.com |

3

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

| | | |
|---|---|---|
| 1 | E. Powell Miller | epm@millerlawpc.com, asl@millerlawpc.com |
| 2 | Elise Natalie Milstein | emilstein@jonesday.com, mcassidy@jonesday.com |
| 3 | Patrick David Robbins | probbins@shearman.com |
| 4 | Adam Richard Sand | arsand@JonesDay.com, mlandsborough@jonesday.com |
| 5 | Michael Adam Schwartz | mschwartz@wolfpopper.com |
| 6 | David R. Scott | drscott@scott-scott.com |
| 7 | Michael Todd Scott | tscott@orrick.com, adevlin@orrick.com |
| 8 | Arthur L. Shingler , III | ashingler@scott-scott.com, ssawyer@scott-scott.com |
| 9 | C. Brandon Wisoff | bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com |

Conor R. Crowley
Goodkind Labaton Rudoff & Sucharow LLP
100 Park Avenue
New York, NY 10017

Donald Delaney
100 Park Avenue
New York, NY 10017

Andrew T. Solomon
Sullivan & Worcester, LLP
1290 Avenue of the Americas
New York, NY 10104

Franklin B. Velie
Sullivan & Worcester, LLP
1290 Avenue of the Americas
New York, NY 10104

Robin Wechkin
Heller Ehrman LLP
701 Fifth Avenue
Suite 6100
Seattle, WA 98104

<u>C 06-2971 JF (PVT)</u>

| | | |
|---|---|---|
| | Sara B. Brody | sara.brody@hellerehrman.com, terri.newman@hellerehrman.com; Cecilia.Chan@hellerehrman.com; Gary.Padilla@hellerehrman.com |
| | Cecilia Y. Chan | cecilia.chan@hellerehrman.com |
| | Christina Lucen Costley | ccostley@wsgr.com |
| | Kirk Andrew Dublin | kdublin@jonesday.com, tmdanowski@jonesday.com; adlangenbach@jonesday.com; arsand@jonesday.com; |

4

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)

| | | |
|---|---|---|
| 1 | | mlandsborough@jonesday.com |
| 2 | Jared Lee Kopel | jkopel@wsgr.com |
| 3 | Betsy C. Manifold | manifold@whafh.com |
| 4 | Thomas James Martin | tmartin@wsgr.com, dlewis@wsgr.com |
| 5 | Elise Natalie Milstein | emilstein@jonesday.com, mcassidy@jonesday.com |
| 6 | Glenn F. Ostrager | gostrager@ocfblaw.com |
| 7 | Stephen Lyle Porter | slp@wpglaw.com, |
| 8 | Adam Richard Sand , Esq | arsand@JonesDay.com, mlandsborough@jonesday.com |
| 9 | Paul D. Wexler | wexler@bragarwexler.com |
| 10 | C. Brandon Wisoff | bwisoff@fbm.com, mzappas@fbm.com; calendar@fbm.com |

11  Andrew T. Solomon
    Sullivan & Worcester, LLP
12  1290 Avenue of the Ameicas
    New York, NY 10104

5

Case No. C 05-4642 JF (PVT) / C 06-2971 JF (PVT)
ORDER VACATING HEARING DATE AND SETTING BRIEFING SCHEDULE FOR DERIVATIVE ACTIONS
(JFLC1)